UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN ROYA,<br><br>    Plaintiff,<br><br>v.<br><br>PACIFIC MARITIME ASSOCIATION, et al.,<br><br>    Defendants. | Case No.18-cv-06141-JD<br><br>**SUA SPONTE JUDICIAL REFERRAL TO DETERMINE WHETHER CASES ARE RELATED** |

The Court refers this case to the Honorable Richard Seeborg, United States District Judge, to determine whether it is related to *Roya v. Int'l Longshore & Warehouse Union, Local 10 et al.*, Case No. 18-cv-06057-RS. Civ. L.R. 3-12(c).

**IT IS SO ORDERED.**

Dated: February 21, 2019

JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN ROYA,<br><br>           Plaintiff,<br><br>   v.<br><br>PACIFIC MARITIME ASSOCIATION, et al.,<br><br>           Defendants. | Case No. 18-cv-06141-JD<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 21, 2019, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kevin Roya
2420 Park Grove Way
Modesto, CA 95358

Dated: February 21, 2019

                                     Susan Y. Soong
                                       Clerk, United States District Court

                                       By: *Lisa R. Clark*
                                       LISA R. CLARK, Deputy Clerk to the
                                       Honorable JAMES DONATO