UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KEVIN ROYA,

    Plaintiff,

v.

PACIFIC MARITIME ASSOCIATION, et al.,

    Defendants.

Case No. 18-cv-06141-RS

**ORDER DISMISSING CASE**

On April 8, 2019, Plaintiff Kevin Roya's Second Amended Complaint was dismissed with leave to amend. Roya was advised that any amended complaint must be received by May 10, 2019, otherwise the action would be dismissed without further notice. No amended complaint has been received. Accordingly, the action is dismissed and the clerk is directed to close the case.

**IT IS SO ORDERED**.

Dated: May 30, 2019

RICHARD SEEBORG
United States District Judge